

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
OCT 15 2021
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

    Plaintiff

v.

Case No. 21-30488
Originating No. 3:21-cr-05

**LAMAR A. WHEELER,**

    Defendant.

_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **LAMAR A. WHEELER,** to answer to charges pending in another federal district, and states:

1. On **October 15, 2021,** defendant was arrested in the Eastern District

Michigan in connection with a federal arrest warrant issued in the **Eastern District of Tennessee based on a Superseding Indictment. Defendant is charged in that district with violation of 21 U.S.C. §846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C)- Conspiracy to Distribute one kilogram or more of a mixture or substance containing a detectable amount of Heroin, a Schedule I Controlled Substance, four hundred(400)grams or more of a mixture and substance containing a detectable amount of Fentanyl, a Schedule II Controlled Substance, and a quantity of Cocaine, a Schedule II Controlled Substance; 21 U.S.C. §841(a)(1) and 841(b)(1)(B), 18 U.S.C §2- Possession with Intent to Distribute Forty(40)grams or more of a mixture and substance containing a detectable amount of Fentanyl, a Schedule II Controlled Substance.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

s/Andrew Lievense
Assistant U.S. Attorney

        211 W. Fort Street, Suite 2001  
        Detroit, MI 48226  
        Andrew.lievenser@usdoj.gov  
        (313) 226-9665

Dated: October 15, 2021

FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

AUG 0 5 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:21-CR-05 |
| v. | ) |
| | ) JUDGE VARLAN |
| STEPHEN R. JORDAN, a/k/a "ST," | ) U.S. Magistrate Judge Poplin |
| MILAN D. CLAYPOOL, a/k/a "Nephew," | ) |
| LENNOX L. ROPER, JR., a/k/a "Savage," | ) |
| ERICA L. EDWARDS, a/k/a "E-money," | ) |
| JADA J. MCNAIR, | ) |
| ALEXANDER C. STEIDL, | ) |
| JAMAR B. MAJOR, | ) |
| LAMAR A. WHEELER, | ) |
| KATIA U. YOUNG, | ) |
| DIONTAY D. MARTIN, | ) |
| DELLONE M. MARTIN, | ) |
| FREDERICK G. DAVIS, JR. | ) |
| RAY E. SAYNE, and | ) |
| LATISHA R. GALYON | ) |

## SECOND SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that, from on or about May 1, 2019, through on or about August 5, 2021, within the Eastern District of Tennessee and elsewhere, the defendants, STEPHEN R. JORDAN, a/k/a "ST, and MILAN D. CLAYPOOL, a/k/a "Nephew," LENNOX L. ROPER, JR., a/k/a "Savage," ERICA L. EDWARDS, a/k/a "E-money," JADA J. MCNAIR, ALEXANDER C. STEIDL, JAMAR B. MAJOR, LAMAR A. WHEELER, KATIA U. YOUNG, DIONTAY D. MARTIN, DELLONE M. MARTIN, FREDERICK G. DAVIS, JR., RAY E. SAYNE, and LATISHA R. GALYON, and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority combine, conspire, confederate and agree with each other and with diverse others to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-

1

phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

### NOTICE OF ENHANCED PENALTY UNDER TITLE 21 U.S.C. § 841(b)(1)(A)

### (Prior Conviction of Serious Violent Felony)

Before committing the offense charged in Count One of this Second Superseding Indictment, the defendant, STEPHEN R. JORDAN, a/k/a "ST," had at least one final conviction for a serious violent felony, for which he served at least 12 months in custody and was released from custody no more than 15 years before the commencement of the offense charged in Count One. As a result, the defendant, STEPHEN R. JORDAN, a/k/a "ST," is subject to an enhanced penalty under Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 851.

### COUNT TWO

The Grand Jury further charges that, on or about November 23, 2020, within the Eastern District of Tennessee, the defendant, LENNOX L. ROPER, JR., did knowingly and unlawfully possess firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute controlled substances, as set forth in Count One of this Superseding Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT THREE

The Grand Jury further charges that, on or about March 18, 2021, in the Eastern District of Tennessee, the defendants, JAMAR B. MAJOR and LAMAR A. WHEELER, aided and abetted by each other, did knowingly and intentionally possess with intent to distribute forty (40) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT FOUR

The Grand Jury further charges that, on or about July 22, 2021, in the Eastern District of Tennessee, the defendants, KATIA U. YOUNG, DIONTAY D. MARTIN, DELLONE M. MARTIN, and FREDERICK G. DAVIS, JR., aided and abetted by each other, did knowingly and intentionally possess with intent to distribute four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT FIVE

The Grand Jury further charges that, on or about July 22, 2021, within the Eastern District of Tennessee, the defendants, KATIA U. YOUNG, DIONTAY D. MARTIN, DELLONE M. MARTIN, and FREDERICK G. DAVIS, JR., aided and abetted by each other, did knowingly and unlawfully possess firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute controlled substances and possession with intent to distribute controlled substances, as set forth in Counts One and Four of this Second Superseding Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

## DRUG TRAFFICKING FORFEITURE ALLEGATIONS

The allegations contained in Counts One, Three and Four of this Second Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States

Code, Sections 846 and/or 841, the defendants, STEPHEN R. JORDAN, a/k/a "ST," and MILAN D. CLAYPOOL, a/k/a "Nephew," LENNOX L. ROPER, JR., a/k/a "Savage," ERICA L. EDWARDS, a/k/a "E-money," JADA J. MCNAIR, WILLIAM E. POWELL, ALEXANDER C. STEIDL, JAMAR B. MAJOR, LAMAR A. WHEELER, KATIA U. YOUNG, DIONTAY D. MARTIN, DELLONE M. MARTIN, FREDERICK G. DAVIS, JR., RAY E. SAYNE, and LATISHA R. GALYON, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including but not limited to the following:

### U.S. currency

$16,780.00 in U.S. currency seized from Lennox L. Roper, Jr. on November 23, 2020.

$29,006.00 in U.S. currency seized from Katia Young, Diontay D. Martin, Dellone M. Martin, and Frederick G. Davis, Jr. on July 22, 2021.

### Money Judgment

Proceeds the defendants, STEPHEN R. JORDAN, a/k/a "ST," and MILAN D. CLAYPOOL, a/k/a "Nephew," LENNOX L. ROPER, JR., a/k/a "Savage," and KATIA U. YOUNG, personally obtained as a result of the violations of Title 21, United States Code, Sections 841 and/or 846.

Pursuant to Title 21, United States Code, Section 853(p), the defendant shall forfeit substitute property, up to the value of the property subject to forfeiture, if by any act or omission of the defendant, the property, or any portion thereof:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred, sold to, or deposited with a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty.

## FIREARM FORFEITURE ALLEGATIONS

The allegation contained in Counts Two and Five of this Second Superseding Indictment is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c)(1)(A) as set forth in Count Two of this Second Superseding Indictment, the defendant, LENNOX L. ROPER, JR., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition, including but not limited to the Glock 19 and Glock 32 handguns, and ammunition, seized from LENNOX L. ROPER, JR., a/k/a "Savage," which were involved in the commission of the offense.

Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c)(1)(A) as set forth in Count Five of this Second Superseding Indictment, the defendants, KATIA U. YOUNG, DIONTAY D. MARTIN, DELLONE M. MARTIN, FREDERICK G. DAVIS, JR., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition, including but not limited to the Beretta 9mm handgun, Glock, Model 27, handgun, and FN 9mm handgun, and ammunition, seized from KATIA U. YOUNG, DIONTAY D. MARTIN, DELLONE M. MARTIN, FREDERICK G. DAVIS, JR., which were involved in the commission of the offense.

Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), defendant shall forfeit substitute property, up to the value

of the property subject to forfeiture, if by any act or omission of the defendant, the property, or any portion thereof:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without

difficulty.

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

*B₊N.G.*
BRENT N. JONES
Assistant United States Attorney

6

AO 442 (Rev 11/11) Arrest Warrant

DEA-GUSTAFSON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

RECEIVED BY: HW
DATE: 8/9/2021 TIME: 900
U.S. MARSHAL E-TN
KNOXVILLE, TN

United States of America
v.

LAMAR A. WHEELER

*Defendant*

Case No. 3:21-CR-05

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* LAMAR A. WHEELER
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, four hundred (400) grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a quantity of cocaine, a Schedule II controlled substance. 21 USC 846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C)

Possession with intent to distribute forty (40) grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance. 21 USC 841(a)(1) and 841(b)(1)(B), 18 USC 2

Date: 8/5/21

City and state: Knoxville, TN

*Issuing officer's signature*
LEANNA R. WILSON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

FID: 11316087

2174-0809-1761-2